UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| ROBERTS, RODERICK CALVIN<br>ROBERTS, TARA LYNNE | 09-04540-8-JRL |
| DEBTOR(S) | CHAPTER 7 |

REPORT OF SMALL DIVIDENDS

The undersigned Trustee having concluded administration of the above estate, respectfully reports unto the Court:

That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been submitted to the court as a result of distribution under $5.00 pursuant to Rule 3010(a), said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| Town of Four Oaks<br>Water & Sewer Department<br>P.O. Box 610<br>Four Oaks, NC 27524 | 1.49 |
| **TOTAL** | **1.49** |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividend pursuant to Bankruptcy Rule 3010(a).

DATED:    October 18, 2010

　　　　　　　　　　　　　　　　　　　　*s/s Holmes P. Harden*
　　　　　　　　　　　　　　　　　　　　Holmes P. Harden, Trustee
　　　　　　　　　　　　　　　　　　　　State Bar No. 9835
　　　　　　　　　　　　　　　　　　　　Post Office Box 1000
　　　　　　　　　　　　　　　　　　　　RALEIGH, NC  27602
　　　　　　　　　　　　　　　　　　　　Telephone: (919) 981-4000
　　　　　　　　　　　　　　　　　　　　Facsimile: (919) 981-4300